Drug Enforcement Administration
Attn: FOI/PA Unit (SARF)
8701 Morrissette Drive
Springfield, Virginia 22152

E-mail: DEA.FOIA@usdoj.gov

To whom it may concern,

This is a request under the Freedom of Information Act.

I request that a copy of the following documents or documents containing the following information be provided to me that were created between Jan. 1 2015 and June 1, 2016 by your agency.

- All investigative reports related to the arrest and subsequent investigation of Ryan Jacobs, including witness statements, interview transcripts, investigation notes, evidence reports, and any other materials compiled by the investigating agencies. This should include all documents DEA Agent Stacie Modesitt collected from local, state and federal law enforcement as part of the investigation into Ryan Jacobs.
- Documents from or related to anything classified or organized under "operation speakeasy," which surrounded drug purchase activity in Kenton County, Kentucky. Include any documents that were part of that classification and documents that reference "operation speakeasy."
- Documents related to and which documented the monitored phone calls by the DEA when agents made 11 controlled purchases from Ryan Jacobs.
- Documentation related to the DEA's Oct. 15, 2015 interview with Ryan Jacobs at the Kenton County Detention Center in Covington, Kentucky. Include audio and/or video recordings and transcripts of the interview.

In order to help to determine my status to assess fees, you should know that I am a representative of the news media affiliated with the Cincinnati Enquirer, and this request is made as part of news gathering and not for a commercial use.

I am willing to pay fees for this request up to a maximum of $100. If you estimate that the fees will exceed this limit, please inform me first.

I request a waiver of all fees for this request. Disclosure of the requested information to me is in the public interest because it is likely to contribute significantly to public understanding of the criminal investigation that took place in Kenton County and who was involved and why certain charges happened.

Thank you for your consideration of this request.

Sincerely,

Julia Fair

The Cincinnati Enquirer

EXHIBIT A