UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 21-3966

CINCINNATI ENQUIRER, a division of Gannett GP Media, Inc.,

    Plaintiff - Appellant,

    v.

DEPARTMENT OF JUSTICE; DRUG ENFORCEMENT ADMINISTRATION,

    Defendants - Appellees.

**FILED**
Aug 15, 2022
DEBORAH S. HUNT, Clerk

Before: BOGGS, MOORE, and GRIFFIN, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court for the Southern District of Ohio at Cincinnati.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

Deborah S. Hunt, Clerk